DIANA M. KLUG *v.* INLAND WETLANDS COMMISSION OF
THE CITY OF TORRINGTON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 713, is denied.

*George B. Simoncelli, Jr.,* corporation counsel, in support of the petition.

*John R. Logan,* in opposition.

Decided October 25, 1989

STATE OF CONNECTICUT *v.* RODNEY ROLLINS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 20 Conn. App. 27, is denied.

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

*Suzanne Zitser,* assistant public defender, in opposition.

Decided October 25, 1989

STATE OF CONNECTICUT *v.* RUBEN REYES

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 695, is denied.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Mitchell Brody,* assistant state's attorney, in opposition.

Decided October 25, 1989